139 So. 917

**Lawrence HOPKINS v. STATE.**
**8 Div. 515.**

Court of Appeals of Alabama.
Feb. 2, 1932.

SAMFORD, J.
Affirmed.

141 So. 922

**Dave HOUTTEN v. STATE.**
**6 Div. 146.**

Court of Appeals of Alabama.
May 10, 1932.

SAMFORD, J.
Appeal dismissed.

144 So. 923

**F. L. HOWARD v. CITY OF BIRMINGHAM.**
**6 Div. 368.**

Court of Appeals of Alabama.
Dec. 1, 1932.

PER CURIAM.
Appeal dismissed for want of prosecution.

141 So. 922

**Myrtle HOWELL v. CITY OF BIRMINGHAM.**
**6 Div. 152.**

Court of Appeals of Alabama.
May 10, 1932.

SAMFORD, J.
Affirmed.

141 So. 922

**Emmett HUFF v. C. N. PARNELL.**
**5 Div. 879.**

Court of Appeals of Alabama.
April 14, 1932.

PER CURIAM.
Appeal dismissed for want of prosecution.

142 So. 922

**Jack HUGHES v. STATE.**
**8 Div. 480.**

Court of Appeals of Alabama.
May 24, 1932.

F. S. Parnell, of Florence, for appellant.
Thos. E. Knight, Jr., Atty. Gen., for the State.

RICE, J.
Affirmed.

145 So. 919

**Jim HUGHES v. STATE.**
**7 Div. 881.**

Court of Appeals of Alabama.
Jan. 17, 1933.

RICE, J.
Affirmed.

139 So. 918

**Phonso HUGHES v. STATE.**
**7 Div. 899.**

Court of Appeals of Alabama.
Jan. 19, 1932.

BRICKEN, P. J.
Appeal dismissed on motion of appellant.